United States District Court
Southern District of Texas
**ENTERED**
September 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL P. CHAMBERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-22 |
| | § | |
| LARRY DOYLE, SR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO CORRECT DEFICIENT PLEADINGS

Michael P. Chambers has filed a complaint under 42 U.S.C. § 1983 claiming that the defendants' deliberate indifference to his safety and his medical needs caused, and then exacerbated, a serious hand injury (Dkt. 1). Chambers, who was released shortly after filing his complaint, filed an application to proceed *in forma pauperis* but did not sign it (Dkt. 2).

Because the current pleadings are insufficient, Chambers is **ORDERED** to correct his deficient pleadings within **thirty (30) days** of the date of this order by complying as follows:

Chambers must either pay the filing fee of $400.00, in the form of a money order or check, with the above-referenced case number written on it, payable to the United States District Clerk, P.O. Drawer 2300, Galveston, Texas 77553; or he may file a signed application to proceed *in forma pauperis* using the attached form.

Chambers is advised to comply to the best of his ability. Chambers is also admonished

that if he fails to comply on time, then the Court may dismiss this case for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, without further notice.

Chambers's motions requesting the appointment of counsel and the entry of default judgments against the defendants (Dkt. 4, Dkt. 9, and Dkt. 10) are **DENIED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on September 8, 2016.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE